

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-14-00334-CR

JASON RANDALL JOHNSON,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2012-1283-C1

## MEMORANDUM OPINION

Jason Randall Johnson appealed his conviction for intoxication assault. *See* TEX. PENAL CODE ANN. § 49.07 (West 2011). He has now filed a motion to dismiss his appeal which he and his attorney have signed.

Johnson's motion is granted, and this appeal is dismissed. TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 19, 2015
Do not publish
[CR25]

